UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02399-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| GUNBARREL SQUARE CENTER LIMITED | : |
| LIABILITY COMPANY, a Colorado limited | : |
| liability company; | : |
| | : |
| Defendant. | / |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant GUNBARREL SQUARE CENTER LIMITED LIABILITY COMPANY, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant GUNBARREL SQUARE CENTER LIMITED LIABILITY COMPANY with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each such party to bear its own costs and attorney's fees.

DATE:  January 27, 2021

                                                      Respectfully submitted,

                                                      *s/Robert J. Vincze*
                                                      Robert J. Vincze (CO #28399)
                                                      Law Offices of Robert J. Vincze
                                                      PO Box 792, Andover, Kansas 67002
                                                      Phone: 303-204-8207; Email: vinczelaw@att.net

                                                        *Attorney for Plaintiff Fred Nekouee*

and

LAW OFFICES OF COURTENAY PATTERSON

*s/Courtenay Patterson*
Courtenay Patterson (CO #49215)
1716 N. Main Street, Suite #331
Longmont, CO 80501
Phone: 925-237-1187
Email: courtenay.patterson@gmail.com

*Attorneys for Defendant*
*GUNBARREL SQUARE CENTER LIMITED LIABILITY COMPANY*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2021, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)

2